1
2
3
4
5
6
7       UNITED STATES DISTRICT COURT
        WESTERN DISTRICT OF WASHINGTON
                AT SEATTLE
8
9    F. L. HEYWOOD,                     )
                                        )       CASE NO.  C05-0396RSM
10               Plaintiff,             )
                                        )       ORDER GRANTING CONSOLIDATION
11       v.                             )       AND AMENDING CAPTION
                                        )
12   CELL THERAPEUTICS, INC., *et al.*, )
                                        )
13               Defendants.            )
     _____)
14
15       This case is one of eight filed in this District alleging securities fraud by defendants.  The

16   related cases, found at C05-0415RSM, C05-0452RSM, C05-0457RSM, C05-0639RSM, C05-

17   0649RSM, C05-0657RSM, and C05-0739RSM, have been transferred to the undersigned District

18   Judge as related cases, and the parties have moved to consolidate.  (Dkts. #4, #8, #10, #13, #21, #24

19   and #28).  Defendants agree that these cases should be consolidated, and therefore, do not oppose

     plaintiffs' motions.  (Dkt. #38).  Having reviewed plaintiffs' motions, defendants' response, plaintiffs'
20
     replies, and the remainder of the record, the Court does hereby find and ORDER:
21
         (1)  Plaintiffs' Motions to Consolidate (Dkts. #4, #8, #10, #13, #21, #24 and #28) are
22
     GRANTED.  The cases at issue in these motions involve common questions of law and fact.  Fed. R.
23
     Civ. P. 42(a); *Johnson v. Celotex Corp.*, 899 F.2d 1281, 1284 (2nd Cir. 1999).  <u>However, this Order
24
     does not substitute as an Order certifying this action as a Class Action.  If the parties wish to certify a</u>
25
     ORDER OF CONSOLIDATION
26   PAGE - 1

1    class, they must do so by moving this Court appropriately.  Furthermore, any reference to a "class,"

2    "class period," or other class-related language shall be stricken until and unless a class is certified.

3            (2)  All future pleadings in C05-0415RSM, C05-0452RSM, C05-0457RSM, C05-0639RSM,

4    C05-0649RSM, C05-0657RSM, and C05-0739RSM shall now be filed under one consolidated case

5    number, C05-0396RSM, and shall be encaptioned *F.L. Heywood, et al., v. Cell Therpaeutics, et al.*.

6    The parties SHALL NOT designate this consolidated action as a "Class Action" until the Court grants

7    authorization to do so.  Moreover, the Court will not automatically consolidate future related cases

8    unless and until the parties involved in those cases move this Court to do so, or unless and until this

9    Court certifies a class.

10            (3)  The parties' current pending requests to appoint lead counsel and for preservation of

11    documents (Dkts. #3, #8, #10, #16, #20 and #28) shall be considered if and when the parties move this

12    Court to certify the class.  Any such requests currently pending shall be removed from this Court's

13    motion calendar until such time as the parties properly move to certify a class.

14            (4)  The parties shall submit a Consolidated Complaint in this action no later than 45 days from

15    the date of this Order.

16            (5)  The Clerk SHALL post a copy of this Order in the instant case, and in Case Nos. C05-

17    0415RSM, C05-0452RSM, C05-0457RSM, C05-0639RSM, C05-0649RSM, C05-0657RSM, and

18    C05-0739RSM, and shall send a copy to all counsel of record in those cases.

19

20         DATED this   2nd   day of June, 2005.

21

22                               /s/ Ricardo S. Martinez
                                RICARDO S. MARTINEZ

23                               United States District Judge

24

25

26    ORDER OF CONSOLIDATION
   PAGE - 2